PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA PANDURO,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:23-cv-02865-JDP<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from June 5, 2024 to July 5, 2024. Defendant respectfully requests this additional time because undersigned counsel will be on leave from June 4 to June 17.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's motion for summary judgment on or before July 5, 2024;

1  - Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before July 19, 2024).

Respectfully submitted,

DATE: May 31, 2024                    */s/ Jonathan Omar Pena__* *
                                      JONATHAN OMAR PENA
                                      Attorney for Plaintiff
                                      (* approved via email on 5/31/24)

                                      PHILLIP A. TALBERT
                                      United States Attorney

DATE: May 31, 2024            By      *s/ Marcelo Illarmo*
                                      MARCELO ILLARMO
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant


ORDER

IT IS SO ORDERED.

Dated:   June 4, 2024                 _____
                                      JEREMY D. PETERSON
                                      UNITED STATES MAGISTRATE JUDGE

2