Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA 93711
Telephone: 559-439-9700
Facsimile: 559-439-9723
Email: info@jonathanpena.com
Attorney for Plaintiff, Yolanda Panduro

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| Yolanda Panduro,<br><br>Plaintiff,<br><br>v.<br><br>Martin O'Malley[1], Commissioner of Social Security,<br><br>Defendant. | Case No. 2:23-cv-02865-JDP<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; |PROPOSED| ORDER** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS AND 00/100 ($5,300.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and costs in the amount of FOUR HUNDRED AND FIVE

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1   DOLLARS AND 0/100 ($405.00) under 28 U.S.C. §1920. This amount represents

2   compensation for all legal services rendered on behalf of Plaintiff by counsel in

3   connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

4        After the Court issues an order for EAJA fees to Plaintiff, the government will

5   consider the matter of any assignment of EAJA fees by Plaintiff to her counsel Jonathan

6   Pena (Counsel). Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177

7   L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees

8   are subject to any offset allowed under the United States Department of the Treasury's

9   Offset Program. After the order for EAJA fees is entered, the government will

10  determine whether they are subject to any offset.

11       Fees shall be made payable to Plaintiff, but if the Department of the Treasury

12  determines that Plaintiff does not owe a federal debt, then the government shall cause

13  the payment of fees, expenses and costs to be made directly to Counsel pursuant to an

14  assignment executed by Plaintiff. Any payments made shall be delivered to Counsel.

15       This stipulation constitutes a compromise settlement of Plaintiff's request for

16  EAJA attorney fees, and does not constitute an admission of liability on the part of

17  Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute

18  a complete release from, and bar to, any and all claims that Plaintiff and/or Counsel

19  including Counsel's firm may have relating to EAJA attorney fees in connection with

20  this action.

21       The parties further agree that the EAJA award is without prejudice to the right of

22  Plaintiff's attorney to seek attorney fees pursuant to Social Security Act § 206(b), 42

23  U.S.C. § 406(b), subject to the offset provisions of the EAJA. *See* 28 U.S.C. §

24  2412(c)(1) (2006).

25

26

27

28                      Respectfully submitted,

1

2   Dated: September 30, 2024                    /s/ *Jonathan O. Peña*

3                                         JONATHAN O. PEÑA
                                          Attorney for Plaintiff
4

5   Dated: September 30, 2024        PHILLIP A. TALBERT
                                     United States Attorney
6                                    MATHEW W. PILE
                                     Associate General Counsel
7                                    Office of Program Litigation
                                     Social Security Administration
8

9

10                             By: _*_*Marcelo N. Illarmo*
                                   Marcelo N. Illarmo
11                                 Special Assistant U.S. Attorney
                                   Attorneys for Defendant
12                                 (*Permission to use electronic signature
13                                 obtained via email on Sept 30, 2024).

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## ~~[PROPOSED]~~ ORDER

3

Based upon the parties' Stipulation for the Award and Payment of Equal Access

4

to Justice Act Fees and Expenses (the "Stipulation"),

5

**IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND

6

7

THREE HUNDRED DOLLARS AND 00/100 ($5,300.00) as authorized by the Equal

8

Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of FOUR

9

HUNDRED AND FIVE DOLLARS AND 0/100 ($405.00) under 28 U.S.C. §1920, be

10

11

awarded subject to the terms of the Stipulation.

12

13

IT IS SO ORDERED.

14

15

Dated:    December 2, 2024    _____

JEREMY D. PETERSON

16

UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28